## AMALGAMATED TRANSIT UNION, AFL–CIO *v.* UNITED STATES ET AL.

No. 496.   Decided November 7, 1966.*

*I. J. Gromfine* and *Herman Sternstein* for appellant in No. 496.

*David Previant* and *Herbert S. Thatcher* for appellants in No. 497.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Charles L. Marinaccio, Robert W. Ginnane* and *Leonard S. Goodman* for the United States et al. in both cases.

*James E. Wilson* and *Warren Woods* for American Buslines, Inc., and *Robert J. Corber* for National Association of Motor Bus Owners, appellees in No. 496.

*William T. Croft* for Overnite Transportation Co. et al., appellees in No. 497.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

---

*Together with No. 497, *International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America et al.* v. *United States et al.*, also on appeal from the same court.